Andrew L. Ellis, Esq. State Bar # 167091
Justina G. Ramon, Esq. State Bar #241239
**ELLIS LAW CORPORATION**
2230 E. Maple Ave.
EL SEGUNDO, CA 90245
Telephone: (310) 641-3335

Attorneys for Plaintiffs
RUTH JOYA, PAMELA JOYA, STACEY JOYA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH JOYA, individually; PAMELA JOYA, individually; STACEY JOYA, a minor by and through her guardian ad litem RUTH JOYA<br><br>as Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a Government entity; PAUL THOMAS, individually; and DOES 1 to 50, inclusive<br><br>as Defendants. | Case No.: _____<br><br>**CIVIL COMPLAINT FOR DAMAGES**<br><br>DEMAND FOR JURY TRIAL<br><br>*1. Negligence* |

**COMES NOW** plaintiffs RUTH JOYA, PAMELA JOYA and STACEY JOYA who respectfully allege the following:

### I.

### GENERAL ALLEGATIONS

1. Plaintiffs RUTH JOYA, PAMELA JOYA and STACEY JOYA are and were at the time when all wrongful tortious acts as alleged herein were committed against them, citizens of Los Angeles, California.

2. Defendant UNITED STATES OF AMERICA, by and through its agency, U.S. DEPARTMENT OF HOMELAND SECURITY, employed or hired certain agents, servants and/or employees, including PAUL THOMAS and DOES 1 through 10.

3. Defendant PAUL THOMAS is and was at the time when he committed all wrongful tortious acts as alleged herein against Plaintiff, a citizen of Los Angeles, California.

4. Defendants DOES 1 through 50, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to Plaintiffs. When their true names and capacities are ascertained, Plaintiffs will amend this complaint by inserting their true names and capacities. Plaintiffs are informed and believe and thereon allege that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages were proximately caused by those Defendants. Each reference in this complaint to "Defendant," "Defendants," or a specifically named Defendant refers to all named Defendants and those sued under fictitious names.

5. Plaintiffs are informed and believe and thereon allege that at all times material hereto and mentioned herein, each Defendant sued herein was the agent, servant, employer, joint venturer, partner, owner, subsidiary, alias, and/or alter ego of each of the remaining Defendants and was, at all times, acting within the purpose and scope of such employment, agency, servitude, ownership, subsidiary, alias and/or alter ego and with the authority, consent, approval, control, influence, and ratification of each of the remaining Defendants sued herein.

6. The claims herein are brought against the United States pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §§1346(b)(1), for money damages as compensation for personal injuries that were caused by the negligent and wrongful acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiffs in accordance with the laws of the State of California

7. The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC §1339. Venue in this district is based upon the place of injury and Plaintiffs' residence.

## II.

## FACTS RELEVANT TO ALL CAUSES OF ACTION

8. On August 8, 2017, Plaintiffs RUTH JOYA, PAMELA JOYA and STACEY JOYA were prudently traveling in a motor vehicle northbound on I-110 at or near 28th Street, in Los Angeles, California 90007 when their vehicle was violently rear ended by a UNITED STATES OF AMERICA , U.S. Department of Homeland Security vehicle operated by Defendant PAUL THOMAS.

9. Plaintiffs filed a claim with the United States Secret Service for this incident on or about July 10, 2018.

## III.

## CAUSES OF ACTION

### *First Cause of Action*

### *Negligence*

### *(Plaintiffs RUTH, PAMELA & STACEY JOYA vs. ALL DEFENDANTS)*

10. Plaintiffs hereby incorporates by reference paragraphs 1 through 9 as though set forth fully herein.

11. The collision caused by the recklessness, carelessness and negligence of the defendants, breached duties owed to Plaintiffs RUTH JOYA, PAMELA JOYA and STACEY JOYA by:

Count 1 - operating a motor vehicle at a high, dangerous and excessive rate of speed under the circumstances then and there existing;

Count 2 - failing to reduce speed to avoid a collision;

Count 3 - failing to observe due care and precaution and to maintain proper and adequate control of the motor vehicle;

Count 4 - failing to keep a proper lookout for vehicles lawfully upon the roadway;

Count 5 - failing to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing;

Count 6 - In other respects not now known to the Plaintiffs but which may become known prior to or at the time of trial;

12. As a direct and proximate result of the negligence and carelessness of the defendants, the Plaintiffs:

(A) Suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress, loss of the capacity for the enjoyment of life;

(B) Was, is and will be required to undergo medical treatment and to incur

medical costs and expenses in order to alleviate injuries, pain and suffering;

   (C) Was, is and will be precluded from engaging in normal activities and pursuits, including a loss of ability to earn money and of actual earnings;

   (D) And, otherwise was hurt, injuries and caused to sustain losses.

  13. All of the Plaintiffs' losses were, are and will be due solely to and by reason of the carelessness and negligence of Defendants, without any negligence or want of due care on the plaintiff's part contributing thereto.

## IV.

## DEMAND FOR JURY TRIAL

  14. Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure

  **WHEREFORE** based on the allegations as set forth above, Plaintiffs RUTH JOYA, PAMELA JOYA and STACEY JOYA pray that judgment be entered in their favor against UNITED STATES OF AMERICA , U.S. Department of Homeland Security, and/or DOES 1-50, as follows:

  1. On each and every cause of action, for general compensatory and special damages, in an amount according to proof at trial;

  2. On each and every cause of action, for medical and incident damages, in an amount according to proof at trial;

  3. For interest at the legal rate permitted by law;

  4. For costs of suit incurred herein; and

  5. For all other relief that the court deems just and proper.

Date: February 11, 2019        ELLIS LAW CORPORATION

                By:_____
                Andrew L. Ellis
                Justina G. Ramon
                for Plaintiffs RUTH JOYA et al.